Form ntcreaf

# UNITED STATES BANKRUPTCY COURT
District of Maryland

Baltimore Division
101 West Lombard Street, Ste. 8530
Baltimore, MD 21201

Bankruptcy Proceeding No.:  09−31515
Judge:  Duncan W. Keir

In Re:    Alice L. Howard
          Debtor(s)

PLEASE TAKE NOTICE that a Reaffirmation Agreement hearing will be held

at 101 W. Lombard Street, Courtroom 1−B, Baltimore, MD 21201

on 7/21/10 at 10:30 AM

to consider and act upon the following:

41−Amended Reaffirmation Agreement Filed by Jonathan Gladstone.

**NOTICE TO MOVING PARTY**

**A service list or certificate of service regarding parties noticed by the court may be obtained through CM/ECF or PACER. If you believe that a party entitled to notice is not listed, please provide notice to that party forthwith and file an appropriate certification with the Clerk's office.**

Dated: 6/16/10

Mark D. Sammons, Clerk of Court
by Deputy Clerk, K Horning301−344−3393

# CERTIFICATE OF NOTICE

```
District/off: 0416-1          User: khorning              Page 1 of 1                  Date Rcvd: Jun 16, 2010
Case: 09-31515                Form ID: ntcreaf            Total Noticed: 2
```

The following entities were noticed by first class mail on Jun 18, 2010.
      Acacia Federal Savings,   1 Corporate Drive,   Suite 360,   Lake Zurich IL 60047-8945
    +U.S. Trustee Baltimore,   101 W. Lombard St,   Room 2650,   Baltimore MD 21201-2623

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 18, 2010**                     **Signature:**  _Joseph Speetjens_